1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                              **DISTRICT OF NEVADA**
8
9
   RODNEY L. EMIL,                          )
10                                           )
                   Petitioner,              )          3:02-cv-00311-RLH-WGC
11                                           )
   vs.                                       )          **ORDER**
12                                           )
   E.K. McDANIEL, *et al.*,                  )
13                                           )
                   Respondents.             )
14  _____/

15
            Petitioner has filed a motion for an extension of time in which to file a reply to the answer.
16
   (ECF Nos. 71 & 72).  Petitioner seeks an enlargement of time, up to and including March 18, 2012,
17
   to file a reply.  Having reviewed the motion and good cause appearing, petitioner's motion is
18
   granted.
19
            **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a
20
   reply (ECF Nos. 71 & 72) is **GRANTED.**  Petitioner's reply to the answer shall be filed on or before
21
   **March 18, 2012.**
22
            Dated this ___4th___ day of January, 2012.
23
24
25                                          _____
                                            UNITED STATES DISTRICT JUDGE
26