UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RODNEY L. EMIL, | ) | |
|       Petitioner, | ) | 3:02-cv-00311-RLH-WGC |
| vs. | ) | **ORDER** |
| E.K. McDANIEL, *et al.*, | ) | |
|       Respondents. | ) | |

    Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (ECF Nos. 71 & 72). Petitioner seeks an enlargement of time, up to and including March 18, 2012, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (ECF Nos. 71 & 72) is **GRANTED.** Petitioner's reply to the answer shall be filed on or before **March 18, 2012.**

    Dated this 4th day of January, 2012.

                                          _____
                                          UNITED STATES DISTRICT JUDGE