AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RODNEY EMIL,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:02-cv-00311-MMD-WGC**

RENEE BAKER, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that petitioner's third amended petition for writ of habeas corpus (#49) is denied.
   It is further ordered that petitioner is denied a certificate of appealability.

  February 21, 2014                            **LANCE S. WILSON**
                                                      Clerk

                                                  /s/ D. R. Morgan
                                                  Deputy Clerk