UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODNEY EMIL,<br><br>　　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:02-cv-00311-MMD-WGC<br><br>ORDER |

This Court has received a letter from Petitioner that the Court construes as a motion for substitution of counsel. (ECF No. 111.)

On October 2, 1014, this Court entered an order denying Petitioner's third amended habeas petition. (ECF No. 85.) The Court subsequently granted, in part, Petitioner's motion to alter or amend judgement but confirmed its decision to deny relief. (ECF No. 96.) On June 24, 2016, the United States Court of Appeals for the Ninth Circuit issued a memorandum opinion affirming this Court's denial of the petition. (ECF No. 108.)

Any further application for habeas relief in relation to the conviction or sentence at issue in this case must be authorized by the court of appeals. *See* 28 U.S.C. § 2244(b)(3); *see also McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009) (dismissal on procedural default or timeliness grounds renders subsequent petitions second or successive for

///

///

purposes of the 28 U.S.C. § 2244(b)). Consequently, Petitioner's request for substitution of counsel (ECF No. 111) is denied as moot.

DATED THIS 17th day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE